IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VITO A. PELINO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-355 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Chief Magistrate Judge Maureen P. Kelly |
| JON LOGAN, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This case has been referred to Chief Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On October 9, 2019, the Magistrate Judge issued a Report (Doc. 41) recommending that Defendant's Motions to Dismiss (Doc. 22) be granted. Service of the Report and Recommendation ("R&R") was made on the parties, and Plaintiff has filed Objections. *See* Doc. 42.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Defendant's Motion to Dismiss (**Doc. 22**) is **GRANTED**, and the Magistrate Judge's R&R (Doc. 41) hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

November 26, 2019                                            s\Cathy Bissoon
                                                                                            Cathy Bissoon
                                                                                            United States District Judge

cc (via First-Class U.S. Mail):

Vito A. Pelino
KP4339
SCI Greene
175 Progress Dr.
Waynesburg, PA  15370


cc (via ECF email notification):

All Counsel of Record